IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATIE MAE PALCULICT,
Administratrix of the Estate of
PAMELA DOMINGUEZ                                                                                    PLAINTIFF

VS.                                        CASE NO. 13-CV-1035

CIGNA HEALTH & LIFE
INSURANCE COMPANY and
LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                                DEFENDANTS

## ORDER

    Before the Court is the parties' Agreed Joint Stipulation for Dismissal. (ECF No. 33). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

    IT IS SO ORDERED, this 6th day of January, 2014.

                                          /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge